IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **LUMBERMEN'S UNDERWRITING ALLIANCE as subrogee of J. GIBSON McILVAIN COMPANY** | * | |
| | * | |
| **Plaintiff** | * | |
| v. | * | Civil No.: 08-cv-1529-RDB |
| **OBRECHT REALTY SERVICES, INC.,** *et al.* | * | |
| | * | |
| **Defendants** | | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## JOINT INITIAL REPORT

Plaintiff, Lumbermen's Underwriting Alliance as subrogee of J. Gibson McIlvain Company, by and through its attorneys, Thomas M. Wood, IV and Neuberger, Quinn, Gielen, Rubin & Gibber, P.A., Defendant Stamper Electric, Inc., by and through its attorneys, Stephen S. McCloskey and Semmes, Bowen & Semmes, Defendant Chiptec Corporation by and through its attorneys Anthony D. Dwyer and the Law Offices of Anthony D. Dwyer and Defendant Obrecht Realty Services, Inc. by and through its attorneys Mark J. Strong and The Law Offices of Jonathan P. Stebenne, submit this Joint Initial Report pursuant to the Scheduling Order entered in this matter, and state:

      1.      The parties do not consent to early ADR at this time.

      2.      The parties do not consent to waiver of this matter to a United States Magistrate Judge.

      3.      At this time, the parties do not anticipate the need for any additional deposition hours than those already provided for under the Scheduling Order and the Local Rules.

      4.      The parties have met and conferred concerning electronic stored discovery. The parties do not believe this is a case where a plan is necessary for electronic stored discovery.

Respectfully submitted,

*/s/ Thomas M. Wood, IV*
Thomas M. Wood, IV
Fed. Bar No.: 00365
Neuberger, Quinn, Gielen, Rubin
  & Gibber, P.A.
One South Street, 27th Floor
Baltimore, MD  21202
(410) 332-8523
(410) 332-8564 (fax)
tmw@nqgrg.com

*/s/ Mark T. Mullen*
Mark T. Mullen
Cozen O'Connor
1900 Market Street
Philadelphia, PA  19103
(215) 665-2091
(410) 215-665-2013
mmullen@cozen.com

Attorneys for Plaintiff
Lumbermen's Underwriting Alliance
as subrogee of J. Gibson McIlvain Co.


*/s/ Anthony D. Dwyer*
Anthony D. Dwyer
Fed. Bar No.: 07397
Law Offices of Anthony D. Dwyer
6011 University Boulevard
Suite 480
Ellicott City, MD  21043
(410) 720-4672

Attorneys for Defendant
Chiptec Corporation

*/s/ Stephen S. McCloskey*
Stephen S. McCloskey
Fed. Bar No.: 04640
Semmes, Bowen & Semmes
Suite 1400
25 South Charles Street
Baltimore, MD  21201
(410) 539-5040

Attorneys for Defendant
Stamper Electric, Inc.


*/s/ Mark J. Strong*
Mark J. Strong
Fed. Bar No.: 26906
The Law Offices of Jonathan P. Stebenne
100 South Charles Street
Suite 1101, Tower II
Baltimore, MD  21201
(410) 752-0575

Attorneys for Defendant
Obrecht Realty Services, Inc.

B0825350.DOC