# CHIPTEC
## WOOD ENERGY SYSTEMS

---

48 HELEN AVENUE
SO. BURLINGTON, VT 05403
Phone: (802) 658-0956  Fax: (802) 660-8904



---

## PROPOSAL/AGREEMENT  JGIBS006.DOC

---

To:   J. Gibson McIlvain Company
      PO Box 222
      Route 7
      White Marsh, MD 21162


This proposal is made as of Monday, December 20, 1999 by CHIPTEC Corporation, a Vermont corporation, (Manufacturer) for the work to be performed for J. Gibson McIlvain Company (Purchaser). Upon acceptance, as set forth below, this proposal is a binding contract between CHIPTEC Corporation (Manufacturer) and J. Gibson McIlvain Company (Owner/Purchaser).

## SCOPE OF WORK

**Includes:**

CHIPTEC Corporation will be responsible for a wood gasification system of desired boiler output of 6,300,000 Btu/hr., according to the following specifications.

### Wood Energy System

**CHIPTEC GASIFIER**                                                    Model: C-7
        Gasifier Output: 7,000 MBTU/Hr.(35%MC)

*INCLUDES:* **Air lock/feed screw assembly with:** drive assembly, access cover, and a water safety valve. **Gasifier with:** high temperature refractory and insulation, combustion air fan with dampers and controls (primary and secondary), high temperature grate system, and auto ash removal system with drive assembly. **Induced draft fan with:** motor, self-cleaning fan assembly and an AC inverter control. **Pre-wired Allen Bradley PLC control panel** for the entire system.

**BOILER SMITH: Centurion Series**                     Model: HF-3HS-1447sf-x-200
Three Pass Firebox Boiler
                                _~ 225 hp_

*INCLUDES:* **Boiler** with extended burner-mounting assembly, 200-psi high-pressure steam boiler with 1350 sqft of heating surface. Steam trim includes ASME relief valve set at 15 psig, McDonald & Miller #194 pump control/low water cut off, chain pull water glass set, 3 chain pull tri-cocks, pressure gauge with gauge cock, two pressure controls, Warrick 3E2B probe holder with two stainless steel probes for low water, 8" 300 psi flange, boiler feedwater connection 2.5" NPT. **Base:** Chiptec custom manufactured base with refractory, insulation and clean out access.

## Storage & Unloading System

**CHIPTEC POLYGLIDE UNLOADING SYSTEM**                     Model: PG-230

*INCLUDES:* **Unloader:** Two (2) head sections 4'-1"x 14'-0", four (4) floor sections 4'-1"x 10'-0", two (2) drive cylinders with limit switch assemblies. Hydraulic pump stand with: motor, hoses and couplings, reservoir, and gear pump and necessary concrete embedments. **Receiving Auger:** Flare trough with: access covers, safety switches, drop box connection and a motor drive assembly. **Controls**, includes one pre-wired control panel for above-mentioned equipment.

## Reduction System

**WEST SALEM MACHINERY WOOD SHREDDER**

The following system is sized & configured to reduce wood blocks (12/4"x 14"x 24" max occasional) to 2" minus product at a capacity of 3,000 lbs per hour.

**WSM Model 1662HT High Torque Shredder** featuring a 16" diameter rotor, 62" wide feed hopper and dual hydraulic ram mechanism. Construction features include heavy welded steel frame and hopper, precision machined rotor with harden steel cutter teeth, hardened steel anvils, heavy duty spherical roller bearings mounted in pillow housings, 75 HP shaft mounted gear reducer with 75 HP drive motor (TEFC enclosure) and ram feed mechanism with dual (2) hydraulic cylinders and hydraulic power unit with 10 HP motor (TEFC enclosure)

**Electrical Control Panel Package** for operating complete system with 460 volt 3 phase service. Features main disconnect with external handle, PLC controller, shredder motor starter (reversing), hydraulic power unit motor starter (non-reversing), control power transformer, digital ammeter and all necessary start/stop pushbuttons and control box suitable for outdoor use.

**Side discharge Screw Conveyor.** Screw conveyor is powered by main drive to side discharge material from under grinder. Discharge point suitable for secondary conveyor loading and metal removal.

**Bin Fill Auger:** Two (2) 10", "U"- trough with used to transport material from the shredder to the storage bin. Auger include access covers, hanger bearings, drop hopper, inferred sensors as needed and a motor drive assembly.

### MELLOT MANUFACTURING CO. INC. :Scrap Shear

The scrap shear is used to reduce long rippings to approximately 12" and less.

**One (1) Scrap shear with the following specifications.**
- Frame: 1" thick plate
- Anvil: UHMW plastic
- Knife: S7 tool steel
- Guides: (2) 2"x 6" Ryertex bars
- Cylinder: 6" bore x 6" stroke w/extended stroke adjustement
- Valve: Solenoid hydraulic w/adjustable shift time (w/separate up & down press)

**Infeed vibrating conveyor with the following specifications**
- Length: 20'-0"
- Width: 11-5/8" pan width w/14-5/8" total width including flanges
- Height: 24-3/4" top of sides, 20-3/4" top of pan (includes 6" raised base)
- Drive: 3 Hp, 460v, 3 phase, TEFC motor w/belts sheaves and guard

**Hydraulic Power Unit with the following specifications**
- Motor: 20 Hp, 460v, 3 phase, TEFC electric motor
- Pump: fixed displacement hydraulic pump
- Tank: 50 gallon
- Pre-plumbed and assembled w/return filter, hoses and fittings
- Maximum operating pressure of 2000 psi

**Waste conveyor to remove material from the scrap shear with the following specifications.** This unit can unload to the left or right of the scrap shear.
- Length: 20'-0" inclined
- Width: 18"
- Belt: PVC 150 rufftop x 18"
- Trough: 3/16" formed steel trough
- Pullies: 6" idler, 8" drive and 4: tail
- Belt Take up: "S" Type take up underneath conveyor
- Drive: Shaft mounted speed reducer w/2Hp TEFC C-face motor

**Control Panel:** Unit includes NEMA 12 enclosure w/fused disconnect, control circuit transformer, motor fuses, motor contacts, motor overloads and start/stop buttons. Includes starter and start/stop buttons for waste conveyor.

**Includes:**
- Above-mentioned equipment.
- Installation of above mentioned equipment.
- Delivery of above mentioned equipment (exception WSM see below).
- Rigging & setting of the above mentioned equipment into building.
- Testing of all mechanical and electrical components
- One (1) follow up visit.(System tune up).
- Project coordination with trades
- Installation schedule
- Test firing equipment.
- Technical support. (CAD layout drawings, installation drawings, wire diagrams etc.)
- Operator orientation.
- Replacing or repairing (debugging) any defective equipment.
- Advising or consulting to correct or repair unsafe or inappropriate local conditions.

**Excludes:**
- WSM reduction equipment freight (WSM will pay $1,000 towards freight)
- Mechanical system installation (Piping, controls, stack, breaching, etc.).
- All electrical wiring for above-mentioned equipment.
- All concrete design and work
- All associated building construction and site work.
- State and local taxes. (If exempt, we will need a Sales and Use Tax Certificate of Exemption).
- Permits, fees and penalties.
- Boiler testing, treatment, cleaning and connections.

## OTHER DOCUMENTS

This proposal is based upon the following documents:

- Specifications as per CHIPTEC Corporation.
- Fuel specifications.

*Manufacturer hereby offers to furnish all labor and materials necessary to complete the above-described work in a good and workmanlike manner.*

## CONTRACT PRICE

Manufacturer will perform the work described herein for the sum of Four Hundred Seventy Eight Thousand Five Hundred Sixty One Dollars **($ 478,561)** - the "Contract Price". Payment must be made in the form of certified check, cash or company check, in US funds.

The contract price is payable as follows:

A manufacturing deposit of 50%, less $3,500, (Phase I payment)**($ 235,780)** of the contract price will be due upon acceptance and authorization of the proposal / agreement.

Manufacturing progress payments of 40% **($ 191,424)** of the contract price will be invoiced periodically during the process, to be paid within 15 days of receipt of invoice by purchaser. All progress payments will be completed upon delivery or secured storage of equipment.

A retainage of 10%**($ 47,857)** of the contract price is to be paid to the manufacturer upon completion of a successful test firing or within 30 days from final delivery of above mentioned equipment.

Any portion of the contract Price not paid as required above shall accrue a 1.5% per month finance charge, beginning the next day after payments are due.

## OTHER PROVISIONS

All parts manufactured by CHIPTEC Corporation, except refractory material, are under warranty for one year from date of successful test firing and certification by CHIPTEC Corporation, Inc. and will be replaced by the factory, provided the defective part is first returned, prepaid, by the customer.

Defective material, except refractory material, will be replaced by the manufacturer, but no other claim whatsoever will be allowed, nor will the seller be subject to any other or further liability on account of such defective material. No cash reimbursement will be allowed for defective parts returned, nor will any repair service or labor be allowed without written permission from the manufacturer. Goods from other manufacturer's other than CHIPTEC Corporation are not guaranteed by CHIPTEC Corporation beyond their manufacturer's warranty.

**DISCLAIMER OF CERTAIN WARRANTIES**

**THERE ARE NO UNDERSTANDINGS, AGRREMENTS, REPRESENTATION, OR WARRANTIES, EXPRESS OR IMPLIED (INCLUDING ANY REGARDING THE MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE), NOT SPECIFIED HEREIN. THIS CONTRACT STATES THE ENTIRE OBLIGATION OF SELLER IN CONNECTION WITH THIS TRANSACTION.**

CHIPTEC Corporation does not warranty the use, application, misuse, alteration of design or engineering of the fuel handling, gasifier, controls or other items supplied, nor the attachment of, or change of any of these items.

Buyer agrees that it will keep confidential and not make any unauthorized use or disclosure of any knowledge or information of any unpublished, confidential or proprietary information including, but not limited to intellectual property and information discovered from the installation or use of the equipment. In the event that the Buyer uses such confidential information in a way unauthorized by this contract, or discloses such confidential information to any third party without prior written consent by Seller, the Seller shall have the right to seek an immediate injunction restraining such unauthorized use or disclosure in Superior Court in the State of Vermont.

CLAIMS: Manufacturer's responsibility for damage or loss ceases when shipment is receipted for by carrier. Goods should be examined carefully before signing freight receipt. Buyer must require the carrier to make notation on freight bill of any damaged or missing parts and the buyer must make claim for the same against the carrier. Manufacturer reserves the right to change specifications of its products without notice.

Differences with workmen, accidents to plant or machinery, delays in transportation or storage of cars, failure of usual source's of Seller's supplies or materials, fire, flood, strike, or causes beyond Seller's control, shall be sufficient excuse for delay or failure in making shipment.

Seller shall not be responsible for draft conditions, charges, inconveniences, delays or expenses caused by the railroad or truck company not delivering the shipment promptly. All of these are at the purchaser's expense and responsibility.

## LIMITATION OF LIABILITY

PURCHASER'S SOLE REMEDIES FOR LIABILITY OF ANY KIND WITH RESPECT TO THE PRODUCTS FURNISHED UNDER AND ANY OTHER PERFORMANCE BY CONTRACTOR UNDER OR PURSUANT TO THIS CONTRACT, OR WITH RESPECT TO PURCHASER'S USE THEREOF, INCLUDING NEGLIGENCE, SHALL BE LIMITED TO REMEDIES PROVIDED IN THE WARRANTY OR REMEDY SECTION OF THIS CONTRACT AND SHALL IN NO EVENT INCLUDE ANY INCIDENTAL, INDIRECT SPECIAL OR CONSEQUENTIAL DAMAGES OR LOSS OF USE, REVENUE OR PROFIT EVEN IF CONTRACTOR HAS BEEN ADVISED OF THE POSSIBILTY OF SUCH DAMAGES. IN NO EVENT SHALL CONTRACTOR'S PRODUCTS OR SERVICES FURNISHED UNDER THE CONTRACT EXCEED THE CHARGES PREVIOULY PAID BY THE OWNER/PURCHASER TO CONTRACT FOR SUCH PRODUCTS OR SERVICES.

This express warranty excludes all implied warranties, including merchantability and fitness for particular purpose. In no case will CHIPTEC Corporation be liable for incidental or consequential damages.

This warranty is based upon the use of the appropriate fuel, as specified in the CHIPTEC Fuel Specifications. Buyers agree to use only fuel as specified. Any other fuel must be tested and approved by CHIPTEC Corporation in writing. CHIPTEC Corporation warranties the workmanship and installation of the gasifier refractory material, but does not warranty the refractory material life. All refractory material is sacrificial. Refractory material will erode based upon fuel usage and contaminates present in the wood fuel. Any contaminates such as, but not limited to dirt, sand, paints, glues, resins, salts, preservatives and metals will accelerate the erosion of the refractory material. Use clean wood fuel for longer refractory material life.

The law of the State of Vermont shall govern this agreement.

This contract may not be amended or modified unless said amendment or modification is contained in writing, signed by both parties. This agreement supersedes and replaces all prior agreements, written or oral.

This proposal will be withdrawn if not accepted within 30 days from the date below.

| Company Name: | CHIPTEC Corporation | Company Name: | J. Gibson McIlvain Company |
|---|---|---|---|
| By: | *(signature)* | By: | *(signature)* |
| Printed Name: | Louis T. Bravakis | Printed Name: | J. Gibson McIlvain |
| Title: | President | Title: | President |
| Date: | Monday, December 20, 1999 | Date: | Dec 28, 1999 |

contract.doc