May 9, 2000

Obrecht Realty Services, Inc
15 West Ayelsbury Road
Suite 400
Timonium, Maryland 21093

Ref: J. Gibson McIlvain

Dear Mr. Storck,

This letter is in response to your request for clarification concerning the control panels associated with the Wood Chip Gasification System and the fuel delivery system.

1. There are three separate control panels. One for the gasifier, one for the shredder and fill augers, and one for the scrap shear.
2. All the necessary motor starters, O.L.'s, and controls are contained in these panels. Fused disconnect switches will be required by the electrical contractor.
3. There are no remote devices integral to the systems mentioned in #1 above.
4. A process flow diagram will accompany this letter.
5. The controls for the live bottom trailer are not included in the above control panels.
6. The bunker in not, nor any part of this system, is classified as a hazardous location.
7. Chiptec built panels are all UL approved.

I hope this letter answers all your questions concerning the above mentioned system. If you have any further questions, please feel free to call me at your convenience.

Sincerely,


David Jeannotte