IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LUMBERMEN'S UNDERWRITING ALLIANCE as subrogee of J. Gibson McIlvain Company | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: RDB-08-1529 |
| OBRECHT REALTY SERVICES, INC., STAMPER ELEECTRIC, INC., and CHIPTEC CORPORATION, | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>ORDER</u>**

For the reasons stated in the foregoing Memorandum Opinion, it is this 22nd day of January, 2010, ORDERED that:

1. Defendant Obrecht's Motion for Summary Judgment (Paper No. 31) is DENIED;

2. Defendant Chiptec's Motion for Summary Judgment (Paper No. 32) is DENIED; and

3. The Clerk of the Court transmit copies of this Order and accompanying Memorandum Opinion to the parties.

/s/_____

Richard D. Bennett
United States District Judge