UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LUMBERMEN'S UNDERWRITING ALLIANCE      *
as subrogee of J. Gibson McIlvain Company

                              *        CIVIL NO.: 1:08-cv-1529

            Plaintiff,                    *

                              *
    vs.
                              *

OBRECHT REALTY SERVICES, INC.,
STAMPER ELECTRIC, INC., and               *
CHIPTEC CORPORATION
                              *
            Defendants.
                              *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFF'S MOTION TO DISMISS DEFENDANTS
## OBRECHT REALTY SERVICES, INC. AND CHIPTEC CORPORATION

       Plaintiff, Lumbermen's Underwriting Alliance, as subrogee of J. Gibson McIlvain

Company, hereby moves the Court pursuant to Rule 41(a)(2) for an Order dismissing Defendants

Obrecht Realty Services, Inc. and Chiptec Corporation with prejudice.  On June 12, 2008,

Plaintiff filed a Complaint against Defendants Obrecht Realty Services, Inc., Stamper Electric,

Inc. and Chiptec Corporation.  Defendant Stamper Electric answered the Complaint on July 21,

2008.  Defendants Obrecht and Chiptec answered the Complaint on August 4, 2008.  Defendant

Stamper filed cross-claims against its co-defendants and a jury demand on March 12, 2010.

       Following a mediation in front of Chief Magistrate Judge Paul Grimm conducted

on March 8, 2010, the Plaintiff agreed to settle its claims against Defendants Obrecht and

Chiptec in exchange for an appropriate Release.  The settling defendants are in the process of

preparing and forwarding to counsel for Plaintiff an appropriate Release.  Plaintiff has agreed to

dismiss its claims, with prejudice, against Defendants Obrecht and Chiptec.  As Defendant

Stamper had not filed any cross-claims against its co-defendants at that time, the only claims in

this action against those parties are the claims filed by Plaintiff.  Since Plaintiff has agreed to

dismiss its claims with prejudice against Defendants Obrecht and Chiptec, Plaintiff respectfully

requests an Order from the Court granting the dismissal and amending the caption to reflect that

the action at trial will be <u>Lumbermen's Underwriting Alliance, as subrogee of J. Gibson</u>

<u>McIlvain Company v. Stamper Electric, Inc.</u>

Respectfully submitted,

COZEN O'CONNOR

BY:   /s/ Mark T. Mullen
      Mark T. Mullen (*phv*)
      Cozen O'Connor
      1900 Market Street
      Philadelphia, PA  19103
      215-665-2091
      Fax: 215-665-2013
      Email:  mmullen@cozen.com
      *Attorneys for Plaintiff Lumbermen's*
      *Underwriting Alliance a/s/o J. Gibson*
      *McIlvain Company*

CO COUNSEL
Thomas M. Wood, IV, Esquire
(Federal Bar No. 00365)
Neuberger, Quinn, Gielen,
Rubin & Gibber, P.A.
One South Street, 27th Floor
Baltimore, MD  21202
410-332-8523
Fax: 410-332-8564
Email:  tmw@nqgrg.com