UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LUMBERMEN'S UNDERWRITING ALLIANCE as subrogee of J. Gibson McIlvain Company | * | CIVIL NO.: 1:08-cv-1529 |
| Plaintiff, | * | |
| vs. | * | |
| OBRECHT REALTY SERVICES, INC., STAMPER ELECTRIC, INC., and CHIPTEC CORPORATION | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Upon consideration of Plaintiff's Motion to Dismiss Defendants Obrecht Realty Services, Inc. and Chiptec Corporation and no objections hereto, it is this _____ day of March, 2010, **ORDERED** that:

1. Defendants Obrecht Realty Services, Inc. and Chiptec Corporation are dismissed with prejudice;

2. The caption is amended as <u>Lumbermen's Underwriting Alliance, as subrogee of J. Gibson McIlvain Company v. Stamper Electric, Inc.;</u>

and

3. The Clerk of the Court transmit copies of this Order to the parties.

_____
United States District Judge