## CERTIFICATE OF SERVICE

I, Mark T. Mullen, Esquire, attorney for plaintiff, hereby certify that on March __15__, 2010, I electronically filed Plaintiff's Motion to Dismiss Defendants Obrecht Realty Services and Chiptec Corporation and Plaintiff's Memorandum of Law in Support of its Motion to Dismiss with the Clerk of the United States District Court using the court's ECF system, which sent notification of such filing to the following:

> MaryAnn Medema, Esquire
> Law Offices of John Sheldon
> 6011 University Blvd., Suite 480
> Ellicott City, MD  21043
>
> Mark J. Strong, Esquire
> Law Offices of Jonathan P. Stebenne
> 100 S. Charles Street, Tower II – Suite 1101
> Baltimore, MD  21201
>
> Jeaneen J. Johnson, Esquire
> Semmes, Bowen & Semmes
> 25 S. Charles Street, Suite 1400
> Baltimore, MD  21201

                                           s/ Mark T. Mullen
                                     MARK T. MULLEN, ESQUIRE (*phv*)