# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Lumbermen's Underwriting Alliance  :

v.  :  Civil No. RDB-08-1529

Obrecht Realty Services, Inc., et al

## ORDER

On April 30, 2010, the Court heard oral argument on pending motions. The Court writes to confirm the rulings it issued during the motions hearing;

**Motions Ruled on During Hearing**

For the reasons stated on the record during the April 30, 2010 motions hearings, the Court:

(1) **GRANTED** Plaintiff's Motion to dismiss defendants Obrecht Realty Services, Inc. and Chiptec Corporation (Dock No. 44);

(2) **GRANTED** Defendant Obrecht Realty Services, Inc.'s Motion to Strike Cross-Claim (Docket No. 45)

(3) **GRANTED** Defendant Chiptec Corporation's Motion to strike Cross-Claim of Stamper Electric's (Docket No. 46)

It is so ORDERED this 3rd day of May, 2010.

*Richard D. Bennett*
United States District Judge

1